## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | |
|---|---|
| DANIEL LOPEZ-RAMIREZ, : | |
| Petitioner, : | Case No. 3:10cv00182 |
| vs. : | District Judge Timothy S. Black |
| : | Magistrate Judge Sharon L. Ovington |
| SHELBY COUNTY JAIL, : | |
| Respondent. | |

## DECISION AND ENTRY

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #5), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no Objections have been filed thereto and that the time for filing such Objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** in full said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations filed on May 27, 2010 (Doc. #5) is **ADOPTED** in full;

2. Petitioner's Motion to Appoint Counsel (Doc. # 2) is DENIED;

3. A certificate of appealability under 28 U.S.C. §2253(c) shall not issue; and

4. The case is terminated on the docket of this Court.

*Timothy S. Black*
Timothy S. Black
United States District Judge